FILED '08 NOV 24 12:34 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE TUERS, )
)
        Plaintiff, )
) Civil No. 07-6120-TC
v. )
) ORDER
CHASE MANHATTAN BANK USA, )
)
        Defendant. )
_____)

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on October 28, 2008, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

1   - ORDER

Plaintiff has timely filed objections. I have, therefore, given <u>de</u> <u>novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed October 28, 2008, in its entirety. Defendant's motion for summary judgment (#28) is allowed.

IT IS SO ORDERED.

DATED this 24th day of Nov., 2008.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER