FILED '09 MAY 27 12:47 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRUCE TUERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 07-6120-TC |
| v. ) | |
| ) | ORDER |
| CHASE MANHATTAN BANK USA, ) | |
| ) | |
| Defendant. ) | |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 29, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant's motion (#46) for attorney fees and Defendant's bill of costs (#49) are allowed and defendant is awarded $24,931.94 in fees and $432.50 in costs.

DATED this \_\_\_\_\_27th\_\_\_\_\_ day of May, 2009.

*[signature]*
United States District Judge

2   - ORDER